IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| **AZTEC OIL & GAS, INC**, <u>et al.</u>, § | |
| § | Case No. 16-31895 |
| Debtors.¹ § | |
| § | Joint Administration Requested |
| § | |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASES

Aztec Oil & Gas, Inc., Aztec Drilling & Operating, LLC., Aztec Operating Company, Aztec Energy, LLC, Aztec VIIIB Oil & Gas, LP, Aztec VIIIC Oil & Gas, LP, Aztec XA Oil and Gas, LP, Aztec XB Oil & Gas, LP, Aztec AC Oil & Gas, LP, Aztec XI-A Oil & Gas, LP, Aztec XI-B Oil & Gas, LP, Aztec XI-C Oil & Gas, LP, Aztec XI-D Oil & Gas, LP, Aztec XII-A Oil & Gas, LP, Aztec AII-B Oil & Gas, LP, Aztec AII-C Oil & Gas, LP, Aztec Comanche A Oil & Gas, LP and Aztec Comanche B Oil & Gas, LP (collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned Chapter 11 cases, filed voluntary petitions for relief under chapter 11, title 11 of the United States Code in this Court on April 13, 2016. These cases qualify under General Order No. 2000–2 as Complex Chapter 11 Bankruptcy Cases because:

_____ The Debtors in the above-captioned case have total debt of more than $10 million;

__X__ There are more than 50 parties in interest in this case.

__X__ Claims against the Debtors in the above-captioned case are publicly traded.

__X__ Equity interests in the Debtors in the above-captioned case are publicly traded.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Aztec Oil & Gas, Inc. (1902), Aztec Drilling & Operating, LLC. (7258), Aztec Operating Company (4057), Aztec Energy, LLC (8806), Aztec VIIIB Oil & Gas, LP (3613), Aztec VIIIC Oil & Gas, LP (2901), Aztec XA Oil and Gas, LP (9594) Aztec XB Oil & Gas, LP (3054) Aztec AC Oil & Gas, LP (7949), Aztec XI-A Oil & Gas, LP (7413), Aztec XI-B Oil & Gas, LP (7635), Aztec XI-C Oil & Gas, LP (9282), Aztec XI-D Oil & Gas, LP (2485), Aztec XII-A Oil & Gas, LP (8525), Aztec AII-B Oil & Gas, LP (9158), Aztec AII-C Oil & Gas, LP (8976), Aztec Comanche A Oil & Gas, LP (8651) and Aztec Comanche B Oil & Gas, LP (3795).

\_\_\_\_   Other: substantial explanation is required.  (Attach additional sheets if necessary.)

DATED: April 13, 2016

    Respectfully submitted

*/s/ Kristin N. Rhame*
James W. Christian
State Bar No. 04228700
Kristin N. Rhame
State Bar No. 24060794
Christian, Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
Telephone:  (713) 659-7617
Facsimile:  (713) 659-7641
jchristian@csj-law.com
krhame@csj-law.com

**Proposed Counsel for the Debtors and Debtors in Possession**